```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  THOMAS M. GARBERSON, (SBN 269158)
   JONATHAN C. TURNER, Of Counsel (SBN 191540)
3  660 J Street, Suite 390
   Sacramento, CA  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-MJ-00363 GGH |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR PRELIMINARY HEARING |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

    The United States of America, through its counsel Assistant United States Attorney Dominique Thomas, and defendant Vladimir Khripunov, through his counsel Clyde M. Blackmon, hereby stipulate pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the time for holding the preliminary hearing in this matter should be extended from 2:00 p.m. on December 19, 2011, to 2:00 p.m. on January 9, 2012.

    On November 28, 2011, Mr. Khripunov was arraigned on criminal complaint number 2:11-MJ-00363 GGH charging him with structuring financial transactions with a domestic financial institution in violation of section 5324(a)(3) of Title 31 of

1 the United States Code.  The parties are involved in discussions
2 which could result in a resolution of the case and need more
3 time in which to continue those discussions.  Therefore, the
4 parties have agreed that the time for holding the preliminary
5 hearing of the charges against Mr. Khripunov now set for
6 December 19, 2011, at 2:00 p.m. should be extended to January 9,
7 2012, at 2:00 p.m.  The parties stipulation and request to
8 extend the time for the preliminary examination is made pursuant
9 to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and
10 the parties agree that the public interest in the prompt
11 disposition of criminal cases is outweighed by the need for
12 further discussions between them which may lead to an early
13 resolution of the matter.

DATED:   December 14, 2011           By: _//s// Dominique Thomas
                                         Dominique Thomas
                                         Assistant U.S. Attorney


DATED:   December 14, 2011           By: _//s// Clyde M. Blackmon
                                         Clyde M. Blackmon
                                         Attorney for Defendant
                                         Vladimir Khripunov

**ORDER**

For the reasons stated by the parties, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure the Court hereby extends the time for holding the preliminary hearing in this matter from December 19, 2011, to 2:00 p.m. on January 9, 2012, and finds that the public interest in the prompt disposition of criminal cases is outweighed by the parties need to continue discussions which may lead to an early resolution of the charges against the defendant, i.e., defense counsel needs more time to prepare.

**IT IS SO ORDERED.**

DATED: December 15, 2011     /s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Judge